# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIRILO GALINDO CORDERO,

Petitioner,

v.

JAMES RIOS, et al.,

Respondents.

Case No. 5:26-cv-04010-DKW-ACCV

**ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No timely objections have been filed to the Report and Recommendation. The Court accepts and adopts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered granting the Petition in part, and (a) ordering Respondents to provide Petitioner Cirilo Galindo Cordero (A# 248-003-064) an individualized bond hearing before an immigration judge within seven (7) days, where the Government bears the burden of showing by clear and convincing evidence that Petitioner is a flight risk or a danger to the community, and (b) ordering Respondents to file a notice of compliance within seven (7) days of the bond hearing.

DATED: October 15, 2026.

Derrick K. Watson
Chief United States District Judge