**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CIRILO GALINDO CORDERO,

Petitioner,

v.

JAMES RIOS, et al.,

Respondents.

Case No. 5:26-cv-04010-DKW-ACCV

**JUDGMENT**

Pursuant to the Order Accepting and Adopting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition under 28 U.S.C. § 2241 is granted in part, and (a) Respondents are ordered to provide Petitioner Cirilo Galindo Cordero (A# 248-003-064) an individualized bond hearing before an immigration judge within seven (7) days, where the Government bears the burden of showing by clear and convincing evidence that Petitioner is a flight risk or a danger to the community, and (b) Respondents are ordered to file a notice of compliance within seven (7) days of the bond hearing.

DATED: October 15, 2026.

Derrick K. Watson
Chief United States District Judge